Submitted on the record December 24, 2001, ballot title certified February 7, 2002

Kelly ROSS,
Jon Chandler,
and David J. Hunnicutt,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General of the
State of Oregon,
*Respondent.*

(SC S49021)

39 P3d 189

David J. Hunnicutt, of Oregonians in Action, Tigard, filed the petition for petitioners.

Jas. Jeffrey Adams, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With him on the memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

In this ballot title review proceeding, petitioners challenge the caption, result statements, and summary portions of the Attorney General's certified ballot title for a proposed initiative measure, which the Secretary of State has denominated as Initiative Petition 122 (2002). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035(2)(a) to (d). *See* ORS 250.085(5) (setting out standard of review).

We have considered each of petitioners' arguments and find none well taken. Accordingly, we certify to the Secretary of State the following ballot title for the proposed measure:

PROHIBITS EXPANDING URBAN GROWTH
BOUNDARIES IN WILLAMETTE VALLEY
TO INCLUDE "HIGHLY PRODUCTIVE"
FARMLAND, FORESTLAND (DEFINED)

RESULT OF "YES" VOTE: "Yes" vote prohibits expanding urban growth boundaries in Willamette Valley to include "highly productive" farmland, forestland (defined), or nearby land necessary for farm, forest practices.

RESULT OF "NO" VOTE: "No" vote retains laws allowing farmland and forestland to be included within urban growth boundaries upon showing of specified needs and unavailability of other land.

SUMMARY: Current law allows farmland and forestland to be converted to urban uses and included inside urban growth boundaries upon requisite showing of specified needs and unavailability of other land to provide needs; farmland and forestland statewide planning goals do not apply to farmland or forestland located within urban growth boundaries. Measure prohibits expansion of urban growth boundaries in the Willamette Valley to include "highly productive" farmland or forestland, or land the county or metropolitan service district deems necessary to permit farm or forestry practices to be undertaken on adjacent or nearby lands. Defines "highly productive farmland"

by reference to certain soil types and "highly productive forestland" by reference to capability to produce more than 85 cubic feet per acre of wood fiber annually. Other provisions.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(11).